TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-10-00276-CV

NO. 03-10-00277-CV

NO. 03-10-00278-CV






Texas State Board of Public Accountancy, Appellant


v.


Carl Bass, Appellee






FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT

NO. D-1-GN-09-000051, HONORABLE RHONDA HURLEY, JUDGE PRESIDING





O R D E R

PER CURIAM

 The appellants filed an agreed motion to consolidate the appeals in cause numbers
03-10-00276-CV, 03-10-00277-CV, and 03-10-00278-CV for the purpose of record preparation,
briefing, and argument. We grant the motion and order the trial court clerk and court reporter to
prepare only a single record in cause number 03-10-00276-CV for use in all three of the cause
numbers. The parties shall file a single set of briefs for all three cases. 

 Ordered July 9, 2010. 


Before Chief Justice Jones, Justices Puryear and Pemberton